**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____     Chapter      **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Import Case Works, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3252976** | |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1222 Melton Ave.** **Ozark, MO 65721** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Christian** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Import Case Works, LLC**                                    Case number (if known) _____
    Name

---

**7.  Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ■ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check all that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

---

| Debtor | **Import Case Works, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

---

Debtor    **Import Case Works, LLC**                                         Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Import Case Works, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2023**
MM / DD / YYYY

*X* **/s/ Brian Shepard**                              **Brian Shepard**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ David E. Schroeder**                Date **March 29, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**David E. Schroeder 32724**
Printed name

**David Schroeder Law Offices, P.C.**
Firm name

**1524 East Primrose St**
**Suite A**
**Springfield, MO 65804**
Number, Street, City, State & ZIP Code

Contact phone    **(417) 890-1000**       Email address    **bk1@dschroederlaw.com**

**32724 MO**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Import Case Works, LLC**                                           Case No. _____
                                                   Debtor(s)              Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ **4,000.00**

    Prior to the filing of this statement I have received _____    $ _____ **4,000.00**

    Balance Due _____    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **(a) Representation in any adversary proceedings, including but not limited to, objections to discharge and/or
    dischargeability, (b) representation with respect to an appeal to another court, and (c) representation if the
    Chapter 7 case is convereted to another Chapter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 29, 2023**                                      **/s/ David E. Schroeder**
*Date*                                                   **David E. Schroeder 32724**
                                                         *Signature of Attorney*
                                                         **David Schroeder Law Offices, P.C.**
                                                         **1524 East Primrose St**
                                                         **Suite A**
                                                         **Springfield, MO 65804**
                                                         **(417) 890-1000   Fax: (417) 886-8563**
                                                         **bk1@dschroederlaw.com**
                                                         *Name of law firm*

Brian Shepard
1222 Melton Ave.
Ozark MO 65721


Ceramic Wood Coatings
3101 N. 7th Street Trafficway
Kansas City KS 66115


Compi Distributors
2855 Haag Rd.
Arnold MO 63010


Crown Packaging
17854 Chesterfield Airport Rd.
Chesterfield MO 63005


Cutting Edge Countertops
2211 W. Division St.
Springfield MO 65802


ERC Construction Group, LLC
c/o Lance Miller, Esq.
MWSGW, PLLC
425 W. Capital Ave., Suite 1800
Little Rock AR 72201


Export Develpment Canada
c/o Receivables Control Corporation
7373 Kirkwood Ct., Suite 200
Minneapolis MN 55369


Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago IL 60604


J&W Properties, LLC
Wayne Scheer
1660 W. Skyline
Ozark MO 65721


Jesse York
114 Alexander Ave.
Branson MO 65616

Lowes / Synchrony Bank
Attn: Bankruptcy Dept.
PO Box 965065
Orlando FL 32896


Missouri Employers Mutual
PO Box 1810
Columbia MO 65205-1810


Missouri Employers Mutual Insurance
P.O. Box 801768
Kansas City MO 64180


OEC Freight
One Cross Island Plaza
133-33 Brookline Blvd., Suite 306
Rosedale NY 11422


Ozark Millworks, LLC
4173 W. Farm Road 172
Brookline MO 65802


Ozark Packaging
1005 Gerald St.
Nixa MO 65714


Penmac
447 S. Ave.
Springfield MO 65806


Ross Construction Group, LLC
c/o Norman Rouse & Mark Peron
Collins, Webster & Rouse, PC
5957 E. 20th St.
Joplin MO 64801


Sage Electrical
PO Box 1316
Nixa MO 65714


Schaller Hardwoods
PO Box 1205
Poplar Bluff MO 63902

Signature Interior Expressions
c/o Checkett, Pauly, Bay & Morgan
517 S. Main St.
PO Box 409
Carthage MO 64836


Snyder Construction Group, LLC
c/o Christopher Weiss
Spencer Fane, LLP
2144 E. Republic Rd., Suite B300
Springfield MO 65804


State Auto Mutual Insurance Company
c/o Leviton Law Firm, Ltd
One Pierce Place, Suite 725W
Itasca IL 60143


Summit Safety Group
PO Box 3029
Springfield MO 65808


Teri Shepard
1222 Melton Ave.
Ozark MO 65721


Terri Shepard
1222 Melton Ave.
Ozark MO 65721


TLC Properties
c/o O'Reilly & Preston
532 E. State Hwy. CC, Suite 1
Nixa MO 65714


Transland
PO Box 519
Strafford MO 65757


ULine
PO Box 88741
Chicago IL 60680

US Bank
c/o Benjamin Hutnick
Berman & Rabin, P.A.
PO Box 24327
Overland Park KS 66283


WEX, Inc.
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Rd, Suite 500
PO Box 571811
Houston TX 77257

# United States Bankruptcy Court
### Western District of Missouri

In re  **Import Case Works, LLC**
_____

                                        Debtor(s)

Case No. _____

Chapter    **7**    _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:  **March 29, 2023**

**/s/ Brian Shepard**

**Brian Shepard**/**President**
Signer/Title

**Fill in this information to identify the case:**

Debtor name    **Import Case Works, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2023**              X **/s/ Brian Shepard**
                                               Signature of individual signing on behalf of debtor

                                               **Brian Shepard**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Import Case Works, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $        **140,550.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $        **140,550.00**

---

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $        **58,380.88**

3.  **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$        **1,481,491.18**

4.  Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b

$        **1,539,872.06**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name　**Import Case Works, LLC**

United States Bankruptcy Court for the:　WESTERN DISTRICT OF MISSOURI

Case number (if known)　_____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property　12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

　■ No. Go to Part 2.
　☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**　　　Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

　■ No. Go to Part 3.
　☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

　■ No. Go to Part 4.
　☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

　■ No. Go to Part 5.
　☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　■ No. Go to Part 6.
　☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No. Go to Part 7.

| Debtor | **Import Case Works, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Honage Edge Bander: $45,975.00**<br>**Makor Paint Booth - Start One: $94,575.00** | **$0.00** | | **$140,550.00** |

| **51.** | **Total of Part 8.** | **$140,550.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

Debtor  **Import Case Works, LLC**
Name

Case number *(If known)*

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Import Case Works, LLC**    Case number *(If known)*
<u>Name</u>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,550.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $140,550.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $140,550.00 |

**Fill in this information to identify the case:**

Debtor name __**Import Case Works, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Headway Capital**<br>Creditor's Name | | |

| | | |
|---|---|---|
| **175 W. Jackson Blvd., Suite 1000**<br>**Chicago, IL 60604**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All business assets** | $58,380.88   $0.00 |

**Describe the lien**
**Line of Credit and Security Agreement**

**Is the creditor an insider or related party?**
Creditor's email address, if known
☑ No
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 2412**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$58,380.88**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Import Case Works, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Ceramic Wood Coatings**<br>**3101 N. 7th Street Trafficway**<br>**Kansas City, KS 66115**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$4,440.29** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Compi Distributors**<br>**2855 Haag Rd.**<br>**Arnold, MO 63010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$48,477.95** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Crown Packaging**<br>**17854 Chesterfield Airport Rd.**<br>**Chesterfield, MO 63005**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,580.41** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Cutting Edge Countertops**<br>**2211 W. Division St.**<br>**Springfield, MO 65802**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$438.89** |

| Debtor | **Import Case Works, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326,112.80**

**ERC Construction Group, LLC**
**c/o Lance Miller, Esq.**
**MWSGW, PLLC**
**425 W. Capital Ave., Suite 1800**
**Little Rock, AR 72201**

Date(s) debt was incurred  **8/12/22**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,673.31**

**Export Develpment Canada**
**c/o Receivables Control Corporation**
**7373 Kirkwood Ct., Suite 200**
**Minneapolis, MN 55369**

Date(s) debt was incurred __

Last 4 digits of account number  **0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,000.00**

**J&W Properties, LLC**
**Wayne Scheer**
**1660 W. Skyline**
**Ozark, MO 65721**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,821.93**

**Jesse York**
**114 Alexander Ave.**
**Branson, MO 65616**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,124.29**

**Lowes / Synchrony Bank**
**Attn: Bankruptcy Dept.**
**PO Box 965065**
**Orlando, FL 32896**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,468.71**

**Missouri Employers Mutual**
**PO Box 1810**
**Columbia, MO 65205-1810**

Date(s) debt was incurred __

Last 4 digits of account number  **2829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$337.00**

**Missouri Employers Mutual Insurance**
**P.O. Box 801768**
**Kansas City, MO 64180**

Date(s) debt was incurred __

Last 4 digits of account number  **7319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Import Case Works, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.12** **Nonpriority creditor's name and mailing address**

**OEC Freight**
**One Cross Island Plaza**
**133-33 Brookline Blvd., Suite 306**
**Rosedale, NY 11422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,550.00**

---

**3.13** **Nonpriority creditor's name and mailing address**

**Ozark Packaging**
**1005 Gerald St.**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$652.84**

---

**3.14** **Nonpriority creditor's name and mailing address**

**Penmac**
**447 S. Ave.**
**Springfield, MO 65806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$2,267.45**

---

**3.15** **Nonpriority creditor's name and mailing address**

**Ross Construction Group, LLC**
**c/o Norman Rouse & Mark Peron**
**Collins, Webster & Rouse, PC**
**5957 E. 20th St.**
**Joplin, MO 64801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No   ☐ Yes

**$457,673.56**

---

**3.16** **Nonpriority creditor's name and mailing address**

**Sage Electrical**
**PO Box 1316**
**Nixa, MO 65714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$947.14**

---

**3.17** **Nonpriority creditor's name and mailing address**

**Schaller Hardwoods**
**PO Box 1205**
**Poplar Bluff, MO 63902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$26,085.58**

---

**3.18** **Nonpriority creditor's name and mailing address**

**Signature Interior Expressions**
**c/o Checkett, Pauly, Bay & Morgan**
**517 S. Main St.**
**PO Box 409**
**Carthage, MO 64836**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$65,488.00**

---

| Debtor | **Import Case Works, LLC** | Case number (if known) | |
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432,109.63**

**Snyder Construction Group, LLC**
**c/o Christopher Weiss**
**Spencer Fane, LLP**
**2144 E. Republic Rd., Suite B300**
**Springfield, MO 65804**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/22/23

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263.32**

**State Auto Mutual Insurance Company**
**c/o Leviton Law Firm, Ltd**
**One Pierce Place, Suite 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  7373

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00**

**Summit Safety Group**
**PO Box 3029**
**Springfield, MO 65808**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,774.98**

**TLC Properties**
**c/o O'Reilly & Preston**
**532 E. State Hwy. CC, Suite 1**
**Nixa, MO 65714**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,293.70**

**Transland**
**PO Box 519**
**Strafford, MO 65757**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,683.87**

**ULine**
**PO Box 88741**
**Chicago, IL 60680**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,075.53**

**WEX, Inc.**
**c/o Greenberg, Grant & Richards, Inc.**
**5858 Westheimer Rd, Suite 500**
**PO Box 571811**
**Houston, TX 77257**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Import Case Works, LLC** | Case number (*if known*) | |
|--------|----------------------------|--------------------------|---|
| | Name | | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| | | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,481,491.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,481,491.18 |

**Fill in this information to identify the case:**

Debtor name    **Import Case Works, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement / Letter of Intent / Asset Purchase Agreement providing services and materials to Ozark Millworks in exchange for purchase of certain assets and assumption of certain contracts and advancement of funds.** |
| State the term remaining | **Ozark Millworks, LLC** |
| List the contract number of any government contract | **4173 W. Farm Road 172 Brookline, MO 65802** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Makor State-1 Pressurized Spray System/Paint Booth and Honage Edge Bander** |
| State the term remaining | **US Bank c/o Benjamin Hutnick Berman & Rabin, P.A.** |
| List the contract number of any government contract | **PO Box 24327 Overland Park, KS 66283** |

**Fill in this information to identify the case:**

Debtor name __**Import Case Works, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Brian Shepard | 1222 Melton Ave. Ozark, MO 65721 | J&W Properties, LLC | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
| 2.2 | Brian Shepard | 1222 Melton Ave. Ozark, MO 65721 | ERC Construction Group, LLC | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |
| 2.3 | Brian Shepard | 1222 Melton Ave. Ozark, MO 65721 | Headway Capital | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Brian Shepard | 1222 Melton Ave. Ozark, MO 65721 | Snyder Construction Group, LLC | ☐ D ____ ■ E/F __3.19__ ☐ G ____ |
| 2.5 | Brian Shepard | 1222 Melton Ave. Ozark, MO 65721 | Ross Construction Group, LLC | ☐ D ____ ■ E/F __3.15__ ☐ G ____ |

| Debtor | **Import Case Works, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Teri Shepard** | **1222 Melton Ave.**<br>**Ozark, MO 65721** | **J&W Properties, LLC** | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.7 | **Teri Shepard** | **1222 Melton Ave.**<br>**Ozark, MO 65721** | **WEX, Inc.** | ☐ D _____<br>■ E/F  **3.25**<br>☐ G _____ |
| 2.8 | **Brian Shepard** | **1222 Melton Ave.**<br>**Ozark, MO 65721** | **US Bank** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |
| 2.9 | **Terri Shepard** | **1222 Melton Ave.**<br>**Ozark, MO 65721** | **US Bank** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |

# United States Bankruptcy Court
## Western District of Missouri

In re   **Import Case Works, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Import Case Works, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 29, 2023**

Date

**/s/ David E. Schroeder**

**David E. Schroeder 32724**

Signature of Attorney or Litigant

Counsel for   **Import Case Works, LLC**

**David Schroeder Law Offices, P.C.**
**1524 East Primrose St**
**Suite A**
**Springfield, MO 65804**
**(417) 890-1000 Fax:(417) 886-8563**
**bk1@dschroederlaw.com**